UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**COCHLEAR LTD.**
          **Plaintiff**

    V.

**MED-EL CORP.**
          **Defendant**

CIVIL ACTION

NO. 19-10303-DJC

## ORDER OF DISMISSAL

**CASPER, J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on June 13, 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

          By the Court,

          /s/ Lisa M. Hourihan

          **Deputy Clerk**

**July 10, 2019**